UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY A. GILBERT,

    Plaintiff,

v.                                                       Case No: 8:21-cv-915-KKM-AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

On April 18, 2022, the Court reversed and remanded this case to the Commissioner for further proceedings. (Doc. 30.) The Clerk then entered judgment in Plaintiff's favor. (Doc. 31.) As the prevailing party, Plaintiff now requests attorney's fees and expenses. (Doc. 32.)

After reviewing the motion, the Magistrate Judge recommended that the Court grant the motion. (Doc. 33.) The fourteen-day deadline for Defendant to object to the Magistrate Judge's recommendation has passed without objection. Nevertheless, the Court reviews the Magistrate Judge's recommendation de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (per curiam).

After a complete review, the Court agrees with the Magistrate Judge. As the Magistrate Judge explained, the plaintiff has established his entitlement to attorney's fees and expenses under the EAJA factors. Additionally, the number of hours plaintiff's attorneys spent on this matter was reasonable and the reimbursement rates requested for those hours are also reasonable.

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 33) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion for Attorney's Fees (Doc. 32) is **GRANTED**. The Court awards Plaintiff his reasonable attorney's fees of **$3,943.22** and expenses of **$23.44**.

**ORDERED** in Tampa, Florida, on August 4, 2022.

Kathryn Kimball Mizelle
United States District Judge